JOSEPH SCHLESINGER, #87692
Acting Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CLEMENTE MORENO-VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-CR-0043 LJO-SKO |
| *Plaintiff*, | STIPULATION TO CONTINUE STATUS CONFERNECE HEARING; ORDER |
| v. | Date:  April 8, 2013 |
| CLEMENTE MORENO-VILLEGAS, | Time:  8:30 a.m. |
| *Defendant*. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference hearing in the above-captioned matter currently set for March 25, 2013, **may be continued to April 8, 2013 at 8:30 a.m.**

This continuance is at the request of the parties to allow additional time for negotiation and investigation. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: February 20, 2013   By:   */s/ Megan A.S. Richards*
MEGAN A.S. RICHARDS
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: February 20, 2013   By:   */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
Clemente Moreno-Villegas

## O R D E R

**Good cause is WEAK at best.  THIS TIME, granted, but good cause must be better explained in the future.**  Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated:   February 20, 2013**       /s/  Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE